**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arthur Andrew Medical, Inc., an Arizona corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Biomedic Labs, LLC d/b/a Pure Endurance, an Arizona limited liability company; Brad Custer and Olivia Custer, husband and wife,<br><br>　　　　Defendants.<br><br>Biomedic Labs, LLC d/b/a Pure Endurance, an Arizona limited liability company,<br><br>　　　　Counterclaimant,<br><br>vs.<br><br>Arthur Andrew Medical, Inc., an Arizona corporation,<br><br>　　　　Counter-defendant. | No. CV-09-01689-PHX-FJM<br><br>**ORDER** |

Arthur Andrew Medical, Inc. brings this action against Biomedic Labs, LLC, Brad Custer, and Olivia Custer alleging contract and statutory claims arising out of the distribution and marketing of enzyme supplements. The court has before it defendant and

counterclaimant Biomedic's motion for leave to file an amended answer and counterclaims (doc. 20). Plaintiff and counter-defendant Arthur Andrew did not respond.

Biomedic moves for leave to amend its answer by adding a false advertising counterclaim against Arthur Andrew under the Lanham Act, 15 U.S.C. § 1125(a). A party may amend a pleading outside of an amendment as a matter of course "only with the opposing party's written consent or the court's leave." Rule 15(a)(2), Fed. R. Civ. P. We will grant leave "when justice so requires." Id. Biomedic filed its motion within the time allowed for motions to amend the complaint under our Rule 16 scheduling order (doc. 17). And Arthur Andrew did not object. Accordingly, **IT IS ORDERED GRANTING** Biomedic Labs, LLC's motion for leave to file an amended answer and counterclaims (doc. 20).

DATED this 29th day of December, 2009.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge